UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALAA QALB ALLOUZ (A-Number: 217-064-086),

Petitioner,

v.

WARDEN, California City Detention Facility, et al.,

Respondents.

No. 1:26-cv-05000-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE

Docs. 1, 11

Petitioner Alaa Qalb Allouz is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 7, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 11. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within ten (10) days after service. On August 17, 2026, respondents filed a one sentence objection, objecting "to the findings and recommendation of the Magistrate Judge, ECF No. 11, for the reasons stated in [their] prior pleadings." Doc. 12 at 1.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 11, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. Respondents are ORDERED to release petitioner Alaa Qalb Allouz (A-Number: 217-064-086) immediately.
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to close this case and enter judgment for petitioner.
6. The Clerk is directed to terminate any remaining motions as moot.
7. The Clerk is directed to serve California City Detention Facility with a copy of this Order.

IT IS SO ORDERED.

Dated: August 21, 2026

UNITED STATES DISTRICT JUDGE